**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ADARBAAD F. KARANI,<br>Defendant. | CRIMINAL NO. 17-10107-RWZ |

**GOVERNMENT'S AMENDED EXHIBIT LIST**

The United States submits the attached Amended Exhibit List, which sets forth exhibits the government intends to offer into evidence in its case-in-chief at the trial in the above-referenced case. The United States may amend this Exhibit List to add and/or subtract exhibits, and file an Amended Exhibit List, prior to the start of the trial.

*Respectfully submitted,*

ANDREW E. LELLING
United States Attorney

By: */s/ Eugenia M. Carris*
Eugenia M. Carris
Assistant U.S. Attorneys

Date: September 7, 2018

**CERTIFICATE OF SERVICE**

I, Eugenia M. Carris, hereby certify that on September 7, 2018, I served a copy of the foregoing on counsel of record in this case by electronic filing.

*/s/ Eugenia M. Carris*
Eugenia M. Carris
Assistant U.S. Attorney

**United States v. Adarbaad F. Karani**
**No. 17-CR-10107-RWZ**
**GOVERNMENT'S EXHIBIT LIST**

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| **1** | ATF Form 4473 for XRF158 | | |
| **2** | Certification Letter signed by Karani for XRF158 | | |
| **3** | MA Firearms Ownership FSI for Weapon bearing Serial Number XRF158 ("XRF158") reflecting North Shore Firearms, LLC as "seller" and Karani as "buyer" | | |
| **4** | MA Firearms Ownership FSI for Weapon bearing Serial Number XRF158 ("XRF158") reflecting Karani as "seller" and Joseph DePasquale as "buyer" | | |
| **5** | Text Message Extraction Report between Karani and "Joey D." | | |
| **5.1** | Image IMG_5249.jpeg from Exhibit 5 extraction [Depasquale license to carry] | | |
| **6** | Photographs of YVT194 firearm | | |
| **7** | ATF Form 4473 for YVT194 | | |
| **8** | Affidavit in Support of Handgun Purchase for Official Duty for YVT194 | | |
| **9** | Check from Karani to Precision Point Firearms dated 8/15/1 | | |
| **10** | MA Firearms Ownership FSI for Weapon bearing Serial Number XRF158 reflecting Karani as "seller" and David Ilnicki as "buyer" | | |
| **11** | Photographs of Text Messages between Karani and David Ilnicki from Ilnicki's phone | | |
| **12** | Photographs of Text Messages between Karani and David Ilnicki from Karani's phone | | |
| **13** | Text Message Extraction Report between Karani and David Ilnicki from Ilnicki's Phone | | |
| **13.1** | Image IMG_1291.PNG from Exhibit 13 extraction [Precision Point e-mail] | | |
| **13.2** | Image IMG_1299.PNG from Exhibit 13 extraction [sales@precisionpointfirearms.com and Karani e-mail] | | |
| **13.3** | Image IMG_8955.jpeg from Exhibit 13 extraction [back of Ilnicki License to Carry] | | |
| **13.4** | Image IMG_4290.jpeg from Exhibit 13 extraction [Ilnicki License to Carry] | | |

**United States v. Adarbaad F. Karani**
**No. 17-CR-10107-RWZ**
**GOVERNMENT'S EXHIBIT LIST**

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| **13.5** | Image IMG_1976.PNG from Exhibit 13 extraction [Glock, Inc. website screenshot] | | |
| **13.6** | Image IMG_5654.jpeg from Exhibit 13 extraction [screenshot of gun] | | |
| **13.7** | Image IMG_1977.PNG from Exhibit 13 extraction [us.glock.com screenshot] | | |
| **13.8** | Image IMG_1414.JPG from Exhibit 13 extraction [photo of 3 guns] | | |
| **14** | Joseph DePasquale Compulsion Order | | |
| **15** | David Ilnicki Compulsion Order | | |
| **16** | Text Message Extraction Report between Karani and A.J. DeRosa | | |
| **17** | Text Message Extraction Report between Karani and Stefan | | |
| **18** | Excerpted Text Messages between Karani and Anthony Carrullo | | |
| **19** | Blue Ribbon Certificate for North Shore Firearms | | |
| **20** | Blue Ribbon Certificate as to Precision Point Firearms | | |
| **21** | *Physical Exhibit* – XRF 158 gun | | |
| **22** | *Physical Exhibit* – YVT 194 gun | | |
| **23** | Text Message Extraction Report between Karani and David Ilnicki from Karani's Phone | | |