UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 17-10107-RWZ |
| ) | |
| ADARBAAD F. KARANI, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United States submits the attached Amended Exhibit List, which sets forth exhibits the government intends to offer into evidence in its case-in-chief at the trial in the above-referenced case. The United States may amend this Exhibit List to add and/or subtract exhibits, and file an Amended Exhibit List, prior to the start of the trial.

*Respectfully submitted,*

ANDREW E. LELLING
United States Attorney

By: */s/ Eugenia M. Carris*
Eugenia M. Carris
Assistant U.S. Attorneys

Date:   September 8, 2018

**CERTIFICATE OF SERVICE**

    I, Eugenia M. Carris, hereby certify that on September 8, 2018, I served a copy of the foregoing on counsel of record in this case by electronic filing.

                                                     */s/ Eugenia M. Carris*
                                                     Eugenia M. Carris
                                                     Assistant U.S. Attorney

# United States v. Adarbaad F. Karani
## No. 17-CR-10107-RWZ
## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | ATF Form 4473 for XRF158 | | |
| 2 | Certification Letter signed by Karani for XRF158 | | |
| 3 | MA Firearms Ownership FSI for Weapon bearing Serial Number XRF158 ("XRF158") reflecting North Shore Firearms, LLC as "seller" and Karani as "buyer" | | |
| 4 | MA Firearms Ownership FSI for Weapon bearing Serial Number XRF158 ("XRF158") reflecting Karani as "seller" and Joseph DePasquale as "buyer" | | |
| 5 | Text Message Extraction Report between Karani and "Joey D." | | |
| 5.1 | Image IMG_5249.jpeg from Exhibit 5 extraction [Depasquale license to carry] | | |
| 6 | Photographs of YVT194 firearm | | |
| 7 | ATF Form 4473 for YVT194 | | |
| 8 | Affidavit in Support of Handgun Purchase for Official Duty for YVT194 | | |
| 9 | Check from Karani to Precision Point Firearms dated 8/15/1 | | |
| 10 | MA Firearms Ownership FSI for Weapon bearing Serial Number XRF158 reflecting Karani as "seller" and David Ilnicki as "buyer" | | |
| 11 | Photographs of Text Messages between Karani and David Ilnicki from Ilnicki's phone | | |
| 12 | Photographs of Text Messages between Karani and David Ilnicki from Karani's phone | | |
| 13 | Text Message Extraction Report between Karani and David Ilnicki from Ilnicki's Phone | | |
| 13.1 | Image IMG_1291.PNG from Exhibit 13 extraction [Precision Point e-mail] | | |
| 13.2 | Image IMG_1299.PNG from Exhibit 13 extraction [sales@precisionpointfirearms.com and Karani e-mail] | | |
| 13.3 | Image IMG_8955.jpeg from Exhibit 13 extraction [back of Ilnicki License to Carry] | | |
| 13.4 | Image IMG_4290.jpeg from Exhibit 13 extraction [Ilnicki License to Carry] | | |

# United States v. Adarbaad F. Karani
## No. 17-CR-10107-RWZ
### GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 13.5 | Image IMG_1976.PNG from Exhibit 13 extraction [Glock, Inc. website screenshot] | | |
| 13.6 | Image IMG_5654.jpeg from Exhibit 13 extraction [screenshot of gun] | | |
| 13.7 | Image IMG_1977.PNG from Exhibit 13 extraction [us.glock.com screenshot] | | |
| 13.8 | Image IMG_1414.JPG from Exhibit 13 extraction [photo of 3 guns] | | |
| 14 | Joseph DePasquale Compulsion Order | | |
| 15 | David Ilnicki Compulsion Order | | |
| 16 | Text Message Extraction Report between Karani and A.J. DeRosa | | |
| 17 | Text Message Extraction Report between Karani and Stefan | | |
| 18 | Excerpted Text Messages between Karani and Anthony Carrullo | | |
| 19 | Blue Ribbon Certificate for North Shore Firearms | | |
| 20 | Blue Ribbon Certificate as to Precision Point Firearms | | |
| 21 | *Physical Exhibit* – XRF 158 gun | | |
| 21A | *Physical Exhibit* – Carrying Case for XRF 158 | | |
| 22 | *Physical Exhibit* – YVT 194 gun | | |
| 22A | *Physical Exhibit* – Carrying Case for YVT194 | | |
| 23 | Text Message Extraction Report between Karani and David Ilnicki from Karani's Phone | | |