UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 17-10107-RWZ

ADARBAAD F. KARANI

### VERDICT

WE, THE JURY, FIND THE DEFENDANT, ADARBAAD F. KARANI:

**ON COUNT 1 OF THE INDICTMENT**   (18 U.S.C. § 922(a)(6) - False Statements During Purchase of Firearms On or About November 19, 2014):

__✓__ GUILTY          _____ NOT GUILTY

**ON COUNT 2 OF THE INDICTMENT**   (18 U.S.C. § 922(a)(6) - False Statements During Purchase of Firearms On or About September 5, 2015):

__✓__ GUILTY          _____ NOT GUILTY

**ON COUNT 3 OF THE INDICTMENT**   (18 U.S.C. § 924(a)(1)(A) - False Statements in a Record On or About November 19, 2014):

_____ GUILTY          __✓__ NOT GUILTY

**ON COUNT 4 OF THE INDICTMENT**   (18 U.S.C. § 922(a)(1)(A) - False Statements in a Record On or About September 5, 2015):

__✓__ GUILTY          _____ NOT GUILTY

_9/17/2018_                              _[signature]_
Date                                     Foreperson's Signature