# EXHIBIT 2

Boston Police Department

Certificate of Appreciation



# Certificate of Appreciation

Police Officer

## Adarbaad Karani

In grateful appreciation of your service to the Boston Police Department and the citizens of Boston, especially recognizing your dedication and commitment to the 2013 Recruitment Campaign.

April 5, 2013

*Edward F. Davis*
Edward F. Davis
Police Commissioner



*Daniel P. Linskey*
Daniel P. Linskey
Superintendent-in-Chief